E-FILED 07/27/09
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALFONSO LEON,<br><br>    Plaintiff,<br><br>v.<br><br>INTERSTATE CLEANING CORPORATION, A MISSOURI CORPORATION,<br><br>    Defendants. | CASE NO.: CV09-1089 PSG (AGRx)<br><br>**[~~PROPOSED~~] ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Assigned to the Hon. Philip S. Gutierrez] |

Based on the Stipulation filed by Plaintiff ALFONSO LEON and Defendant INTERSTATE CLEANING CORPORATION (collectively, "the Parties") and good cause appearing therefor, the Court orders as follows:

1) The above captioned matter is hereby dismissed, with prejudice, as to all parties, and as to all causes of action, as of the date the Court executes the Order herein;

\\
\\

2) Each party shall bear his/its own fees and costs and that no such award be entered in this matter with regard to the same.

**IT IS SO ORDERED.**

DATE: 7/27/09

By: PHILIP S. GUTIERREZ
District Judge Philip S. Gutierrez
United States District Court
Central District for the State of California

PROOF OF SERVICE
LOS ANGELES SUPERIOR COURT
CASE NUMBER CV09-1089(AGRX)

I am employed in the City of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 13418 Ventura Boulevard, Sherman Oaks, CA. 91423. On the below date I served the following documents:

**[PROPOSED] ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**

Attn: Stephen B. Maule, Esq.
Attn: John B. Renick, Esq
McMahon Berger PC
2730 North Ballas Road., Suite 200
St. Louis, MO 63131

Attorneys for Defendant, INTERSTATE CLEANING CORPORATION

Said documents were served in each of the following manners as indicated by an "(X)" before such mode of service:

(☒) **BY U.S. MAIL** I caused each such envelope with postage thereon fully prepaid, to be placed in the United States mail at Sherman Oaks, Ca. on July 15, 2009. I am familiar with the practice of my employer for collection and processing of the correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited din the United States mail the same day as it is place for collection.

(☐) BY OVERNIGHT DELIVERY I caused such envelope to be delivered to the Federal Express Office with delivery fees fully prepaid for overnight delivery to the office(s) of the addressee(s).

(☐) BY "FAX" to the above-named person(s). Upon completion of said facsimile transmission, the transmitting machine issues a transmission report showing the transmission was complete and without error.

(☐) BY PERSONAL SERVICE, by delivering a copy of the documents(s) listed above to the person(s) at the address(es) set forth above.

(☐) STATE I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(☒) **FEDERAL** I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on July 15, 2009, at Sherman Oaks, California.

Doris Y. Reyes